# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY BERNARDLY JONES | CRIMINAL ACTION<br>NO. 02-0778 |

## ORDER

**AND NOW**, this 23rd day of December 2020, upon consideration of Anthony Bernardly Jones's Motion for Release (ECF No. 101), Supplemental Motion for Release (ECF No. 106) and associated exhibits (ECF Nos. 104, 116), the Government's Response (ECF No. 109), associated exhibit (ECF No. 110) and Supplemental Response (ECF No. 120) and Jones's Reply (ECF No. 117) and associated exhibits (ECF No. 118), it is **ORDERED** that the Motions are **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.