IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY BERNARDLY JONES | CRIMINAL ACTION<br>NO. 02-778 |

## **ORDER**

**AND NOW**, this 20th day of October 2021, upon consideration of Anthony Bernardly Jones's Motion for a Reduction in Sentence (ECF No. 125), the Government's Response (ECF No. 127), and Jones' Reply (ECF No. 128), it is **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1