**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY BERNARDLY JONES | CRIMINAL ACTION<br><br>NO. 02-778 |

## ORDER

**AND NOW**, this 27th day of December 2022, upon consideration of Jones's Request for Reconsideration of Denial of Motion for Sentence Reduction (ECF 131) and the Government's Response (ECF 132), it is hereby **ORDERED** that Jones's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.